IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal Case No. 3:02cr00042-1 |
| | ) | |
| **v.** | ) | **2255 MEMORANDUM OPINION** |
| | ) | |
| **EDISON PILGRIM CRAWFORD.** | ) | **By: Norman K. Moon** |
| | ) | **United States District Judge** |

Edison Pilgrim Crawford, a federal inmate proceeding *pro se*, filed a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, challenging his 2005 conviction and sentence. Upon review of the record, the court finds that Crawford's instant § 2255 motion must be dismissed as an unauthorized, successive motion.

Crawford challenges his 180-month sentence for possessing a firearm as a felon and possessing marijuana. Court records indicate that Crawford previously filed a § 2255 motion regarding the same conviction and sentence, which I denied. See Docket Nos. 111, 128, and 129. I may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. *See* § 2255(h). As Crawford has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive § 2255 motion, I must dismiss his motion as successive.[1]

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to the parties.

**ENTER**: This 19th day of September, 2013.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner is hereby advised of the procedure for obtaining certification from the United States Court of Appeals for the Fourth Circuit to have this court review a successive § 2255 motion. Petitioner must submit a copy of the successive § 2255 motion to the Court of Appeals, along with a motion requesting a three-judge panel certification that the district court may review the successive § 2255 motion. *See* 28 U.S.C. § 2244. A Fourth Circuit form and instructions for filing this motion are available from the Fourth Circuit at the following address: Office of the Clerk, United States Court of Appeals for the Fourth Circuit, 900 E. Main St., Richmond, VA 23219.