IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal Case No. 3:02cr00042-1 |
| | ) | |
| **v.** | ) | **2255 FINAL ORDER** |
| | ) | |
| **EDISON PILGRIM CRAWFORD.** | ) | By: Norman K. Moon |
| | ) | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** and **ADJUDGED**

that Crawford's 28 U.S.C. § 2255 motion (Docket No. 144) is **DISMISSED without prejudice** as successive and this action is hereby **STRICKEN** from the active docket of the court.

Further, finding that Crawford has failed to make the requisite substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This 19th day of September, 2013.

                                                  NORMAN K. MOON
                                                  UNITED STATES DISTRICT JUDGE